10/22/2015        TDCJ Offender Details

TDCJ Home   
New Offender Search

*84,056-01*

 

# Offender Information Details

| Return to Search list |
| --- |

| | |
| --- | --- |
| **SID Number:** | 08527914 |
| **TDCJ Number:** | 02018184 |
| **Name:** | PYE,JEZEL DOMINQUE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1993-02-01 |
| **Maximum Sentence Date:** | 2063-10-21 |
| **Current Facility:** | COFFIELD |
| **Projected Release Date:** | 2063-10-21 |
| **Parole Eligibility Date:** | 2038-10-21 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
| --- | --- |
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
| --- |

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
| --- | --- | --- | --- | --- | --- |
| 2011-11-17 | POSS COC<1G | 2012-09-11 | HARRIS | 132750401010 | 300 Days |